**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Alfred Frem Boustany II
Attorney At Law
P. O. Box 4626
Lafayette LA 70502

**REHEARING ACTION: May 13, 2009**

**Docket Number: 08   01109-KA**

**STATE OF LOUISIANA**
**VERSUS**
**VERNA MAE ST. JULIEN**

**Appealed from St. Martin Parish Case No. 05-230145**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Verna Mae St. Julien** has this day been

    **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Jeffrey J. Trosclair, Counsel for the Appellee